UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
**Urbana Division**

| | |
|---|---|
| ALANDA BANNER, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>DASH MANAGEMENT, INC., et al., )<br>)<br>Defendants. ) | Case No. 11-2293 |

# REPORT AND RECOMMENDATION

On March 20, 2012, Plaintiff filed a document which the Court has docketed as a Motion for Leave to File An Amended Complaint (#19). In the proposed amended complaint, Plaintiff has named only Dash Management as a Defendant. The individuals sued in the initial complaint, Dwight Miller and Johnna Larue, have not been included as Defendants. In a hearing held May 17, 2012, Plaintiff confirmed that she intended to pursue only Defendant Dash Management, Inc. and not either of the two individuals.

It appears that Plaintiff has attempted to add a claim for age discrimination in the proposed amended complaint. Defendants have filed a written response in which they indicate no objection to the elimination of the individuals as Defendants. However, Defendants object to Plaintiff's attempt to add a claim of age discrimination because she failed to include such a claim in her Charge of Discrimination filed with the U.S. Equal Employment Opportunity Commission. Defendants assert that any amendment, including age discrimination claims, would be futile since such claims are barred, if not included in the Charge of Discrimination.

The undersigned has carefully reviewed the exhibits to the original complaint. These include the charge of discrimination documents Plaintiff had submitted to the Illinois Department of Human Rights and the U.S. Equal Employment Opportunity Commission. While they refer to claims based on race and retaliation, they make no reference to age discrimination. Accordingly, the undersigned agrees with Defendants that an amendment to include age discrimination would be futile.

Therefore, pursuant to my authority under 28 U.S.C. § 636(b)(1)(B), I recommend that the Motion for Leave to File An Amended Complaint **(#19)** be **GRANTED in part and DENIED in part**. Specifically, I recommend that Plaintiff be allowed to file an amended complaint naming only Dash Management, Inc. as a Defendant. I recommend that the motion be denied to the extent that Plaintiff has attempted to raise claims based on age.

I further recommend that the motion to dismiss **(#14)** be denied as **MOOT** following the Court's ruling on this Report and Recommendation.

The parties are advised that any objection to this recommendation must be filed in writing with the Clerk within 14 days after being served with a copy of this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1). Failure to object will constitute a waiver of objections on appeal. *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538 (7th Cir. 1986).

ENTERED this 31st day of May, 2012.

                                              s/DAVID G. BERNTHAL
                                      UNITED STATES MAGISTRATE JUDGE