E-FILED
Wednesday, 20 June, 2012 02:30:13 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| ALANDA BANNER, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 11-CV-2293 |
| DASH MANAGEMENT, INC., | ) |
| Defendant. | ) |

## ORDER

A Report and Recommendation (#22) was filed by Magistrate Judge David G. Bernthal in the above cause on May 31, 2012. More than fourteen (14) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#22) is accepted by this court.

(2) Plaintiff's Motion for Leave to File An Amended Complaint (#19) is GRANTED in part and DENIED in part. Plaintiff's Motion is granted to allow Plaintiff to file an amended complaint naming only Dash Management, Inc. as a Defendant but is denied to the extent that Plaintiff has attempted to raise claims based on age.

(3) Defendants' Motion to Dismiss (#14) is DENIED as moot.

(4) This case is referred to Judge Bernthal for further proceedings.

ENTERED this 20th day of June, 2012

s/ Michael P. McCuskey
MICHAEL P. McCUSKEY
U.S. DISTRICT JUDGE